IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 04-cv-1654-WDM-BNB

JOHN WAYNE MILLER,

    Plaintiff,

v.

MARK EVERSON,

    Defendant.

---

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**

---

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued August 1, 2005. Plaintiff John Wayne Miller has not filed objections to the recommendation and is not entitled to *de novo* review. 28 U.S.C. § 636(b).

    I have reviewed the pertinent documents and conclude the recommendation should be accepted.

    Accordingly, it is ordered:

    1.    The recommendation issued by Magistrate Judge Boland on August 1, 2005 is accepted.

    2.    This case is dismissed without prejudice.

DATED at Denver, Colorado, on August 24, 2005.

                                        BY THE COURT:

                                        /s/ Walker D. Miller
                                        United States District Judge